THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MOSES STEELE, Defendant-Appellant.

(No. 58817;

First District (3rd Division)—June 20, 1974.

PER CURIAM.
DEMPSEY, J., took no part.

James J. Doherty, Public Defender, of Chicago (David Hirschboeck and Ronald P. Alwin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Alan L. Fulkerson, Assistant State's Attorneys, of counsel), for the People.